FILED
CLERK, U.S. DISTRICT COURT
3/27/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, and SOUTHERN CALIFORNIA PARTNERSHIP FOR JOBS FUND,<br><br>Plaintiffs,<br><br>v.<br><br>STANTON UTILITIES, INC., a California Corporation,<br><br>Defendant. | Case No.: 8:19-cv-00066-JAK-KES<br><br>**JUDGMENT** |

Plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, Trustees of the Operating Engineers Training Trust, Engineers Contract Compliance Committee Fund, and Southern California Partnership for Jobs Fund shall recover from Defendant, Stanton Utilities, Inc., a California corporation, the principal amount of $27,000.00, together with post-judgment interest at the rate of 8% per annum from February 7, 2020, until the judgment is paid in full.

**IT IS SO ORDERED.**

Dated: March 27, 2020  _____
John A. Kronstadt
United States District Judge